Santiago **CORDOVA–RAMIREZ,**
Petitioner,

v.

Eric H. **HOLDER, Jr.,** Attorney General of the United States,
Respondent.

No. 13–1404.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 6, 2013.

Filed: Nov. 8, 2013.

Joseph Lopez Wilson, Omaha, NE, for Petitioner.

Kevin J. Conway, Karen Yolanda Drummond, Richard M. Evans, Assistant Director, Robert Michael Stalzer, Trial Attorney, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Santiago Cordova–Ramirez, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed, without opinion, an immigration judge's decision denying him asylum and withholding of removal. After careful review, we find no basis for granting the petition, as the BIA's denial of

relief was supported by substantial evidence on the record as a whole. *See Cubillos v. Holder*, 565 F.3d 1054, 1056–58 (8th Cir.2009) (substantial-evidence standard for BIA decision; denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.